UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.  1:06-CV-00217 |
| | ) | |
| RAYMOND PARKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION AND ORDER**

This matter is before the Court on the Plaintiff's Motion to Compel Discovery (DE # 35) filed December 12, 2006.  In the Motion, the Plaintiff requests that the Court order Defendant MKT, Inc., to answer some previously-served discovery.

At the outset, there is one fundamental problem with the Motion, and it arises from Rule 26(d) of the Federal Rules of Civil Procedure – it does not appear that there has ever been a conference under Rule 26(f), which means that no one can "seek discovery from any source" until that occurs. *See* Fed. R. Civ. P. 26(f).  Since no discovery should be going forward, the Court cannot compel MKT to respond to the discovery requests it has received, and as a result, the Motion must be denied.  The Court will, however, by an order entered contemporaneously with this Order, set the matter for a scheduling conference, which should trigger a conference under Rule 26(f) and allow discovery to proceed.

Also, at the scheduling conference, counsel for the Plaintiff should be prepared to address the jurisdictional allegations of the Complaint since for the most part the Complaint speaks only of the parties' residency, rather than their citizenship. *See* 28 U.S.C. § 1332(a)(1).  It should also

be noted that one of the Defendants is purported to be an Indiana limited liability company, an allegation that requires elaboration. More specifically, since Marion T, LLC is allegedly a limited liability company, its "citizenship . . . for purposes of diversity jurisdiction is the citizenship of [all] of its members" so that if even one member is a citizen of the same state as the Plaintiff, the suit cannot be maintained as a diversity action. *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998).

Therefore, based on the foregoing, the Motion to Compel Discovery (DE # 35) is DENIED. SO ORDERED.

Entered this 13th day of December, 2006.

/S/ Roger B. Cosbey
Roger B. Cosbey,
United States Magistrate Judge